175 So.2d 303

**James J. McROBERTS**

v.

**Raymond B. HAYES.**

No. 47752.

June 7, 1965.

In re: James J. McRoberts applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 173 So.2d 27.

Writ granted but limited to plaintiff's alternative demand. In all other respects the application is denied.

HAMITER, J., is of the opinion that the writ should be refused.

175 So.2d 303

**Lawrence J. REYNOLDS d/b/a Larry & Katz and John Schwegmann, Jr., and Paul Schwegmann**

v.

**LOUISIANA BOARD OF ALCOHOLIC BEVERAGE CONTROL.**

No. 47762.

June 7, 1965.

In re: Louisiana Board of Alcoholic Beverage Control applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 173 So.2d 57.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.